IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PRAIRIE RIVERS NETWORK, ) | |
| ) | |
| Plaintiff, ) | No. 2-18-cv-02148 |
| ) | |
| v. ) | Hon. Judge Colin S. Bruce |
| ) | |
| DYNEGY MIDWEST GENERATION, ) | |
| LLC ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO DISMISS

Defendant Dynegy Midwest Generation, LLC ("Dynegy") by and through its attorneys, respectfully requests the Court dismiss this suit pursuant to Federal Rules of Civil Procedure 12(b)(1) & 12(b)(6).  In support of its motion Dynegy states as follows:

1. Plaintiff filed its Complaint on May 30, 2018, ECF No. 1 ("Complaint").

2. The Complaint alleges that discharges from the retired Dynegy Vermilion Power Station ("Vermilion") are violating the Clean Water Act ("CWA") and Vermilion's National Pollution Discharge Elimination permit, issued pursuant to the CWA.  Complaint ¶¶ 62; 74.

3. Plaintiff's Complaint alleges that man-made impoundments of coal combustion residuals at Vermilion are releasing contaminants to groundwater, and that groundwater is discharging to the Middle Fork of the Vermilion River via "numerous, discrete, unpermitted seeps."  Complaint ¶ 48.

4. Seventh Circuit precedent establishes that the CWA does not regulate discharges to groundwater, even where that groundwater is hydrologically connected to surface waters regulated by the CWA.  *Village of Oconomowoc Lake v. Dayton Hudson Corp.*, 24 F.3d 962, 965 (7th Cir. 1994).

5. Plaintiff's Complaint falls squarely within the Seventh Circuit's precedent in *Ocnomowoc*, and therefore should be dismissed under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

6. Dynegy respectfully requests that the Court allow oral argument on this motion pursuant to Local Rule 7.1(a)(2) because it involves an issue that is rarely litigated in the Seventh Circuit.

WHEREFORE, Dynegy respectfully requests that this Court grant this motion and dismiss Plaintiff's Complaint.

Dated: August 29, 2018.

Respectfully submitted,

/s/ *Daniel J. Deeb*
Daniel J. Deeb (Lead Counsel)
Joshua R. More
J. Michael Showalter
Ryan C. Granholm
Schiff Hardin LLP
ddeeb@schiffhardin.com
(312) 258-5500
233 South Wacker Drive, Suite. 7100
Chicago, IL 60606

P. Stephen Gidiere III
Balch & Bingham LLP
sgidiere@balch.com
(205) 251-8100
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203

Michael L. Raiff
Gibson, Dunn & Crutcher LLP
mraiff@gibsondunn.com
(214) 698-3100
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201

*Attorneys for Defendant Dynegy Midwest Generation, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I electronically filed the foregoing **Motion to Dismiss,** with the Court's CM/ECF system, which caused an electronic copy of this filing to be served on Plaintiff and counsel of record:

> **Thomas Cmar**
> Earthjustice
> 1101 Lake Street, Ste. 405B
> Oak Park, IL 60301
>
> **Jennifer Cassel**
> Earthjustice
> 1101 Lake Street, Ste. 308
> Oak Park, IL 60301
>
> **Mychal Ozaeta**
> Earthjustice
> 1617 John F. Kennedy Blvd., Ste. 1130
> Philadelphia, PA 19103
>
> **Ellyn Bullock**
> Solberg & Bullock, LLC
> 100 N. Chestnut St., Ste. 230
> Champaign, IL 61820

This 29th day of August, 2018.

>/s/     *Daniel J. Deeb*
>Schiff Hardin LLP
>233 South Wacker Drive, Suite 7100
>Chicago, IL 60606
>
>*Attorney for Defendant Dynegy Midwest Generation, LLC*